UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDELTRAUD HAGIWARA,<br><br>Plaintiff,<br><br>v.<br><br>DR. DAVID RAO,<br><br>Defendant. | No. 1:19-cv-00189-DAD-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S FIRST AMENDED COMPLAINT WITHOUT LEAVE TO AMEND<br><br>(Doc. No. 10) |

Plaintiff Edeltraud Hagiwara is a prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 2, 2020, the assigned magistrate judge screened the complaint and found that plaintiff had failed to state a cognizable claim. (Doc. No. 10 at 4–5.) The magistrate judge then issued findings and recommendations, recommending that the action be dismissed without leave to amend. (*Id.* at 5.) The findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within fourteen (14) days of service. (*Id.*) No objections have been filed, and the time to do so has now passed.

/////

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the
2  court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the
3  court concludes that the findings and recommendations are supported by the record and proper
4  analysis.

5    Accordingly:

6  1.  The findings and recommendations issued on July 2, 2020 (Doc. No. 10) are
7      adopted in full;
8  2.  Plaintiff's First Amended Complaint is dismissed without leave to amend due to
9      plaintiff's failure to state a cognizable claim;
10 3.  All pending motions are denied as moot; and
11 4.  The Clerk of the Court is directed to close this case.

12 IT IS SO ORDERED.

13   Dated:  **August 11, 2020**                 /s/ Dale A. Drozd
14                                          UNITED STATES DISTRICT JUDGE

2